IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr104-WHA-04 |
| | ) | (WO) |
| DARRELL HYATT | ) | |

**ORDER**

Upon consideration of the Motion for Reduction of Sentence (Doc. #154), filed by the United States on September 18, 2008, and for good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Based on substantial assistance to the Government by the Defendant, the sentence previously imposed on the Defendant for a term of 106 months, consisting of 46 months on Count Six and 60 months on Count Three, is REDUCED by the amount requested by the Government, i.e., to a term of 90 months, consisting of 30 months on Count Six and 60 months on Count Three.

2. All other terms of the Defendant's sentence remain unchanged.

3. The clerk is DIRECTED to forward a copy of the Government's motion, together with a copy of this order, to the Defendant personally, in view of his letter to the court of July 15, 2008, which was forwarded to the AUSA referred to in the letter.

DONE this 23rd day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE